JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMBER SIMA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANA SERVICES, LLC, an Alaska Limited Liability company; SODEXO, INC., a Delaware Corporation; DOMINGO LEOPALDO, an Individual; and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | Case No. EDCV 11-1820 JVS (SPx)<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Action Filed:　August 16, 2011<br>Trial Date:　　None Set |

### **ORDER**

Having read and considered the Joint Stipulation Remanding Case to State Court filed by the Parties, and GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

　　1.　Based on the parties' stipulation, the above-referenced action (Case No. EDCV 11-1820 JVS (SPx)) is hereby remanded to the Superior Court for the State of California, County of San Bernardino, Case No. CIVMS 1100575.

　　2.　The Court acknowledges that Plaintiff has taken off calendar her

1 pending Motion for Remand, which was set for hearing on February 13, 2012.

2     3.    All pending hearings and deadlines are vacated.

3     4.    The Court acknowledges that Defendants have not waived their right to
4 remove the case to federal court should discovery warrant removal.

5     5.    Each party shall bear its own attorneys' fees and costs with respect to
6 the Removal, Plaintiff's Motion to Remand, and the remand of the Action.

7     IT IS SO ORDERED.

9 Dated: January 24, 2012         _____

10                     The Honorable James V. Selna